IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-32-1BO
No. 7:18-CR-32-2BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CORRECTED O R D E R |
| | ) | |
| DEMETRIS SEAN ROBINSON and | ) | |
| DAQUAN MADRID PRIDGEN | ) | |

This cause comes before the Court *sua sponte* to correct its prior order. On February 22, 2019, the Court granted a motion filed by Demetris Robinson to continue the April 4, 2019, trial setting in this matter. In its order, the Court inadvertently continued the trial to its April term. [DE 135].

Robinson's motion to continue the trial in this matter is GRANTED, and trial is continued to the Court's June 2019 term. Defendants Robinson and Pridgen have not been severed for purposes of trial, and the trial setting is continued to the June 2019 term for defendant Pridgen as well. *See United States v. Rusher*, 966 F.2d 868, 877 (4th Cir. 1992).

Any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED, this __7__ day of March, 2019.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE