IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-32-1BO
No. 7:18-CR-32-2BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEMETRIS SEAN ROBINSON and | ) | |
| DAQUAN MADRID PRIDGEN | ) | |

This cause comes before the Court on a consent motion filed by the United States seeking a trial date certain. For good cause show, the motion [DE 151] is GRANTED IN PART. The jury trial in this matter will commence Monday, April 29, 2019, at 10:00 a.m., at the United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED, this 26 day of March, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE