IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-32-D
No. 7:22-CV-151

| | | |
|---|---|---|
| DEMETRIS SEAN ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The court has reviewed the record and governing law. See, e.g., [D.E. 194, 260, 321, 323, 326, 337, 339, 366, 367, 394, 395, 400, 406, 407, 408, 410]. The court DENIES as meritless petitioner's motion for relief under Federal Rule of Civil Procedure 60(b)(1).

SO ORDERED. This 24 day of April, 2026.

JAMES C. DEVER III
United States District Judge